People ex rel. Igbokwe v Warden of Rikers Is. Corr. Facility (2024 NY Slip Op 02655)

People ex rel. Igbokwe v Warden of Rikers Is. Corr. Facility

2024 NY Slip Op 02655

Decided on May 13, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 13, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
LARA J. GENOVESI
BARRY E. WARHIT
LILLIAN WAN, JJ.

2024-03145

[*1]The People of the State of New York, ex rel. O. Williams Igbokwe, on behalf of Clarence Samuel, petitioner, 
v
Warden of Rikers Island Correctional Facility, respondent.

Igbokwe, PLLC, New York, NY (O. Williams Igbokwe pro se of counsel), for petitioner.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Morgan J. Dennehy, and Alejandro Vera of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Clarence Samuel upon his own recognizance or, in the alternative, to set reasonable bail upon Kings County Indictment No. 70428/2023.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The Supreme Court, Kings County, did not abuse its discretion in modifying the bail conditions (see CPL 530.60[1]; see also People ex rel. Rankin v Brann, ___ NY3d ___, 2024 NY Slip Op 00850; People ex rel. Chorny v Toulon, ___ AD3d ___, 2024 NY Slip Op 02493 [2d Dept]).
CONNOLLY, J.P., GENOVESI, WARHIT and WAN, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court